AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern _____ District of _____ New York

Irene Hueter

**SUMMONS IN A CIVIL ACTION**

V.

Baruch College - The City University of New York

CASE NUMBER:

## 08 CV 7429

## JUDGE KOELTL

TO: (Name and address of Defendant)

Baruch College
One Bernard Baruch Way
New York, NY 10010

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Steven J. Hyman
Mclaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016
(212) 448-1100

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

## J. MICHAEL McMAHON

AUG 2 1 2008

CLERK                                              DATE

_Marcos Quintero_

(By) DEPUTY CLERK

®¾AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE    INDEX#: 08-CV-7429

| | DATE 8/25/08 |
|---|---|
| Service of the Summons and complaint was made by me(1) | |
| NAME OF SERVER (PRINT)   BRENDAN CHARNEY | TITLE  PARALEGAL |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: BARUCH COLLEGE, ONE BERNARD BARUCH WAY, NY, NY, 10010. SERVED ON JOHN R. DUGAN, JR., COUNSEL TO THE PRESIDENT

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

[ ] Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL  $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/25/08
_____
Date

_____
Signature of Server

260 MADISON AVE, NY, NY, 10016
_____
Address of Server

Sworn to before
me this 25th
day of August, 2008

ALAN E. SASH
Notary Public, State of New York
No. 02SA6041112
Qualified in Queens County
Commission Expires May 1, 20 1_

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.